UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEEN IVA-MARIE TORRES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JANEL ESPINOZA,<br><br>　　　　Respondent. | No.  2:19-cv-0093 JAM CKD P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file and serve an amended petition for writ of habeas corpus.  Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Petitioner's motion for an extension of time (ECF No. 29) is granted; and

　　2. Petitioner shall file and serve an amended petition for writ of habeas corpus and a motion for a stay and abeyance within 30 days from the date of this order.

Dated:  June 30, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12/torr0093.111(2)