HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
CAROLYN M. WIGGIN, Bar No. 182732
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEEN IVA-MARIE TORRES,<br><br>    Petitioner,<br><br>v.<br><br>JANEL ESPINOZA,<br><br>    Respondent. | Case No. 2:19-cv-00093-KJM-CKD<br><br>**REQUEST FOR SUBSTITUTION OF ATTORNEY; PROPOSED ORDER** |

Petitioner Coleen Iva-Marie Torres hereby moves this Court for an order substituting

Benjamin P. Ramos
Law Office of Benjamin Ramos
705 E. Bidwell
Suite 2-359
Folsom, CA 95630
916-358-9842
Fax: 916-358-9843
Email: lex_docs@comcast.net

as counsel for Petitioner Coleen Iva-Marie Torres in the above-entitled case. The Federal Defender's Office has determined that it is unable to represent Ms. Torres at this time. Mr. Ramos has agreed to represent Ms. Torres.

The undersigned is authorized to sign this substitution motion on Mr. Ramos's behalf.

//

//

-1-

1
2   Dated: August 9, 2022                Respectfully submitted,
3
4                                        HEATHER E. WILLIAMS
                                         Federal Defender
5
                                          /s/ Carolyn M. Wiggin
6                                        CAROLYN M. WIGGIN
                                         Assistant Federal Defender
7
8   Dated: August 9, 2022
9                                         /s/ Benjamin P. Ramos
                                         BENJAMIN P. RAMOS
10                                       Attorney at Law
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

O R D E R

Pursuant to this Request for Substitution of Counsel, and for the reasons stated therein, IT IS HEREBY ORDERED that

1. BENJAMIN P. RAMOS, Attorney at Law, shall be substituted in as counsel appointed on behalf of Petitioner COLEEN IVA-MARIE TORRES In place of the Office of the Federal Defender for the Eastern District of California.
2. The Clerk of the Court shall serve a copy of this order on the Federal Defender's office, and BENJAMIN P. RAMOS, lex_docs@comcast.net.

Dated: August 9, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE