UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN IVA-MARIE TORRES,<br><br>Petitioner,<br><br>v.<br><br>JANEL ESPINOZA,<br><br>Respondent. | No. 2:19-cv-00093-DAD-CKD (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S MOTIONS FOR LEAVE TO FILE A FIRST AMENDED PETITION AND FOR STAY AND ABEYANCE<br><br>(Doc. Nos. 38, 41) |

  Petitioner Colleen Iva-Marie Torres proceeds through appointed counsel with a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On January 4, 2023, the assigned magistrate judge issued findings and recommendations recommending that petitioner's motion for leave to file an amended petition and for a stay and abeyance of these federal habeas proceedings pending exhaustion of unexhausted claims (Doc. No. 38) be granted. (Doc. No. 41.) As noted in the pending findings and recommendations, on December 16, 2022, respondent filed a statement of non-opposition to the granting of petitioner's motion. (Doc. Nos. 40, 41.) The January 4, 2023 findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14)

/////

1

days from the date of service. (Doc. No. 41 at 4.) No objections have been filed and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the pending findings and recommendations to be supported by the record and proper analysis. Accordingly, petitioner's motion for leave to file an amended petition and motion for a stay and abeyance of these federal habeas proceedings pending the exhaustion of unexhausted claims in state court will be granted.

For the reasons explained above:

1. The findings and recommendations filed on January 4, 2023 (Doc. No. 41) are adopted in full;

2. Petitioner's motion for leave to file a first amended petition pursuant to 28 U.S.C. § 2254 (Doc. No. 38) is granted, rendering the first amended petition (Doc. No. 39) the operative pleading before the court;

3. Petitioner's motion for a stay and abeyance pursuant to the decision in *Rhines v. Weber*, 544 U.S. 269 (2005), is granted;

4. The Clerk of the Court is directed to administratively stay these proceedings pending petitioner's exhaustion of her unexhausted claims in state court;

5. Petitioner's counsel is directed to file a notice of exhaustion within 30 days of the completion of state habeas corpus proceedings; and

6. This matter be referred to the magistrate judge for entry of a briefing schedule on petitioner's first amended application for relief under 28 U.S.C. § 2254 following the exhaustion of her unexhausted claims in state court.

IT IS SO ORDERED.

Dated:   **April 10, 2023**

UNITED STATES DISTRICT JUDGE