UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEEN IVA-MARIE TORRES,<br><br>Petitioner,<br><br>v.<br><br>JANEL ESPINOZA,<br><br>Respondent. | No.  2:19-cv-00093-DC-CKD-P<br><br><br><br>ORDER |

    Petitioner is a state prisoner proceeding through appointed counsel with a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  On April 10, 2023, this court granted petitioner's motion for a stay and abeyance pursuant to Rhines v. Weber, 544 U.S. 269 (2005), to exhaust state court remedies.  ECF No. 42.  In light of the length of time that this case has been stayed, counsel for petitioner is directed to file a status report within 30 days advising the court of what steps have been taken to exhaust petitioner's state court remedies and whether there are any pending state court proceedings.

    Accordingly, IT IS HEREBY ORDERED that counsel for petitioner shall file a status report within 30 days from the date of this order describing what state remedies have been pursued and whether any remain pending.

Dated:  November 13, 2024

12/torr0093.status

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE