UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEEN IVA-MARIE TORRES, | No. 2:19-cv-0093-DC-CKD |
| Petitioner, | |
| v. | ORDER |
| JANEL ESPINOZA, | |
| Respondent. | |

      Petitioner is a state prisoner proceeding through appointed counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. On April 10, 2023, the court granted a stay and abeyance to permit petitioner to exhaust newly presented ineffective assistance of counsel claims. ECF No. 42. Currently pending before the court is counsel's motion to expand his appointment under the Criminal Justice Act ("CJA") to permit him to represent petitioner in state habeas proceedings for the purpose of exhausting the two ineffective assistance of counsel claims. ECF No. 47. The ineffective assistance claims are based on "trial counsel's failure to transmit video evidence of Juror No. 4's misconduct to the California Court of Appeal." ECF No. 47 at 2. On July 3, 2025, petitioner lodged the video evidence from The Graduate restaurant. ECF No. 50. Now that counsel for petitioner has obtained the video evidence to support the ineffective assistance of counsel claims, the undersigned concludes that expansion of counsel's appointment to include state exhaustion proceedings is in the interests of justice. See 18 U.S.C. § 3006A(c)

(indicating that "[a] person for whom counsel is appointed shall be represented at every stage of the proceedings from his initial appearance before the United States magistrate judge or the court through appeal, including ancillary matters appropriate to the proceedings."). Therefore, petitioner's motion to expand his CJA appointment is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's unopposed motion to expand the scope of his CJA appointment (ECF No. 47) is granted.

2. Petitioner's amended *ex parte* request to file his application for CJA funding under seal (ECF No. 48) is granted based on Local Rule 141. The *ex parte* application for CJA funding consists of two pages and shall not be served on respondent.

3. Petitioner is directed to file a Notice of Exhaustion within 30 days of the completion of state habeas corpus proceedings.

4. The stay of this case remains in effect pending exhaustion of state court remedies.

Dated: July 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Th/torr0093.expand.appointd.csl