UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEEN IVA-MARIE TORRES, | No. 2:19-cv-0093-DC-CKD |
| Petitioner, | |
| v. | ORDER |
| JANEL ESPINOZA, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through appointed counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. After consultation with the parties, the court hereby sets the schedule governing this litigation following the exhaustion of state court remedies. See ECF No. 54 (Notice of Exhaustion); ECF No. 57 (Minutes of Status Conference).

The parties provided the court with a proposed joint briefing schedule which the court adopts herein. The second amended § 2254 petition shall state whether petitioner is requesting an evidentiary hearing pursuant to 28 U.S.C. § 2254(e)(2) with respect to any particular claim. At this juncture, the parties are not specifically required to include any separate 28 U.S.C. § 2254(e)(2) analysis in their briefs.

In addition, the parties are directed to meet and confer within 30 days from the date of this order concerning the surveillance video from The Graduate Restaurant that was recently lodged in this court. See ECF No. 50. The parties are directed to determine whether this video was made a

part of the record during any state habeas proceeding and whether any subpoena is necessary to obtain a copy of the exact video submitted to any state court as part of petitioner's challenge to her state court conviction.

Although petitioner's counsel identified several potential avenues for discovery in this case, the court will not order discovery with respect to any claim due to the pending amendment of the § 2254 petition. See Rule 6(a) of the Rules Governing Habeas Corpus Cases Under Section 2254. At this point, discovery is premature. In the event that petitioner seeks discovery at any point during these proceedings, he may file a motion for leave of court to conduct discovery. See Rule 6(b) of the Rules Governing Habeas Corpus Cases Under Section 2254.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 30 days from the date of this order, the parties shall meet and confer to determine whether the surveillance video from The Graduate Restaurant was made a part of the record during any state habeas proceeding and whether a subpoena is necessary to obtain the videotape reviewed by any state court as part of petitioner's challenge to her conviction.

2. Petitioner shall file a second amended § 2254 petition within 60 days from the date of this order. The amended petition shall include any request for an evidentiary hearing with respect to any particular claim for relief.

3. Respondent's answer is due within 60 days from the date of service of the second amended § 2254 including lodging any relevant court records from state habeas corpus proceedings. See Rule 5(c) of the Rules Governing Habeas Corpus Cases Under Section 2254.

4. Petitioner's reply is due 45 days from the date the answer is filed.

Dated: December 19, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Th/torr0093.briefing.schedule