IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLEEN IVA-MARIE TORRES,** | Case No. 2:19-cv-00093-DC-CKD |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **JANEL ESPINOZA,** | |
| Respondent. | |

Upon considering Respondent's request, and GOOD CAUSE APPEARING, Respondent shall have an additional sixty (60) days, up to and including June 9, 2026, to file a response to the Petitioner's second amended petition for writ of habeas corpus.

Dated:  April 9, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 torr0093.ans

1